Richard Samp by Brian Sheldon of Washington Legal Foundation, and amended motion for admission pro hac vice of John H. Beisner and Jonathan D. Hacker by Brian Selden for Product Liability. Motions granted.

**2003–0053. State v. Leach.**

Hamilton App. No. C–020106, 2002-Ohio-6654. On motion to strike propositions of law contained in appellant's merit brief. Motion granted.

RESNICK, PFEIFER and O'DONNELL, JJ., dissent.

**2003–0405. Dull v. Lane.**

In Habeas Corpus. On motion pursuant to Civ.R. 60(B). Motion denied.

**2003–0407. Dull v. Lane.**

Marion App. No. 9–02–67. On motion pursuant to Civ.R. 60(B). Motion denied.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0532. Pilo v. Liberty Mut. Fire Ins. Co.**

Ashland App. No. 02COA038, 2003-Ohio-662. On motion to modify order allowing appeal. Motion denied.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–1019. Wyser–Pratte Mgt. Co. v. Telxon Corp.**

Certified State Law Question, No. 5:02CV1105. On preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the two questions certified by the United States District Court for the Northern District of Ohio:

"1. Does Ohio recognize a cause of action, under either fraud or negligent misrepresentation, for inducing a shareholder to hold onto (*i.e.,* not sell on the open market) a previously purchased security?

"2. If so, what measure of proof is required to establish the loss or damages attributable to this fraud or negligent misrepresentation?"

F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

On motion for admission pro hac vice of E. Lobenfeld, M. Kornfeld, and M. Anderson by J. Pinney for Telxon Corp. Motion granted.

F.E. SWEENEY, J., dissents.

**2003–1065. Kohntopp v. Hamilton Mut. Ins. Co.**

Wood App. No. WD–02–033, 2003-Ohio-2793. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2002–1956, *Tucker v. Wilson,* Clermont App. No. CA2002–01–002, 2002-Ohio-5142; briefing schedule stayed.

RESNICK and F.E. SWEENEY, JJ., dissent.

**2003–1068. Archer v. ACE, USA.**

Franklin App. No. 02AP–882, 152 Ohio App.3d 455, 2003-Ohio-1790. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2003–0923, *Archer v. ACE, USA,* Franklin App. No. 02AP–882, 2003-Ohio-1790, causes held for the decision in 2002–1956, *Tucker v. Wilson,* Clermont App. No. CA2002–01–002, 2002-Ohio-5142, and briefing schedule stayed.

RESNICK and F.E. SWEENEY, JJ., dissent.

**2003–1131. State v. Griggs.**

Trumbull App. No. 2001–T–0064, 2003-Ohio-2365. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Judgment Entry filed June 9, 2003:

"Whether a trial court breaches its mandatory duty pursuant to Crim.R. 11(C)(2) to inform a criminal defendant of the effect of his or her guilty plea, prior to accepting the plea, if the trial court does not inform the defendant that the plea is a complete admission of guilt pursuant to Crim.R. 11(B)(1)."